SWAFFORD *v.* KEATON *et al.*

HILL, J.  Where in a certificate to the bill of exceptions the trial judge certifies that it is true, "except as noted on margin on page 24 & 25," such certificate does not amount to a certification that the bill of exceptions as written is true; and under the principle ruled in *Adamson* v. *Bradley,* ante, 328 (93 S. E. 894), and cases therein cited, the writ of error must be            .            *Dismissed.  All the Justices concur.*
            No. 444.  DECEMBER 15, 1917.

Writ of error; from Douglas.

*James & Bedgood,* for plaintiff.

*J. R. Hutcheson* and *Astor Merritt,* for defendants.